No. 79–948.   NORTH RIDGE GENERAL HOSPITAL, INC., ET AL. v. CITY OF OAKLAND PARK ET AL.   Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. ▮

No. 79–981.   MINNESOTA EDUCATION ASSN. ET AL. v. MINNESOTA ET AL.   Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. ▮

No. 79–1023.   POLYVEND, INC. v. PUCKORIUS ET AL.   Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. ▮

No. 79–1048.   CARLSON v. MINNESOTA.   Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. ▮

No. 79–992.   AUSTIN MUTUAL INSURANCE Co. v. GUDVAN-GEN.   Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. MR. JUSTICE BLACKMUN would note probable jurisdiction and set case for oral argument. ▮

No. 79–5521.   THOMPSON v. THOMPSON.   Appeal from Ct. App. Md. dismissed for want of substantial federal question. MR. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument. ▮

No. 79–5816.   FIELDHOUSE ET UX. v. PUBLIC HEALTH TRUST OF DADE COUNTY.   Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument. ▮